COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RTS
released

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES



ZIP 78701
02 1W
0001401603 OCT 30 2015
$ 001.31⁶



Christopher Toby Dowden
Cleveland Unit – TDC# 1759805
P.O. Box 1678
Cleveland, TX 77328